# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

|  |  |
|---|---|
| John Swygert,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>A & S Collection Associates Inc.,<br><br>　　　　Defendant, | DEFAULT<br>**JUDGMENT IN A CIVIL CASE**<br><br>CIV 10-0042-PHX-JWS |

___　**Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

XX　**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of May 16, 2011, default judgment is entered against Defendant, A & S Collection Associates Inc., in favor of Plaintiff, John Swygert for the total amount of $7,412.00, which consists of: $1,000.00 for statutory damages, $6,062.00 for attorneys's fees and $350.00 for costs.

　May　16,　2011　　　　　　　　RICHARD H. WEARE　　　　
Date　　　　　　　　　　　　　　District Court Executive/Clerk

　　　　　　　　　　　　　　　　　.  s/   Ruth E. Williams　　　　
　　　　　　　　　　　　　　　　By　　Ruth E. Williams
　　　　　　　　　　　　　　　　　　　Deputy Clerk