# MINUTES OF THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

*JOHN SWYGERT*　　　v.　　*A&S COLLECTION ASSOCIATES INCORPORATED*

THE HONORABLE JOHN W. SEDWICK　　　CASE NO. 2:10-cv-00042 (JWS)

PROCEEDINGS:　　**ORDER FROM CHAMBERS**　　　Date: March 27, 2012

The motion at docket 18 is **DENIED**, because judgment has already been entered at docket 17, and this case is closed.